**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN DOE** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | **NO. 26-8720** |
| | : | |
| **NATIONAL BOARD OF MEDICAL EXAMINERS** | : | |
| | : | |
| | : | |

# ORDER

**AND NOW**, this 16th day of November 2026, upon reviewing the complaint (DI 1), motion for leave to file under seal (DI 2), and motion for leave to proceed under a pseudonym (DI 3), and further noting that the entire docket is improperly under seal, we **ORDER** the Clerk of the Court to **UNSEAL** the docket as a whole, while leaving plaintiff's individual filings provisionally **UNDER SEAL**: the complaint (DI 1) and exhibits, the motion for leave to file under seal (DI 2), and the motion for leave to proceed under a pseudonym (DI 3). We will evaluate the filings and consider the request to proceed under a pseudonym and whether any individual documents may be sealed.

**MURPHY, J.**